UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR318-MU |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSE GUDINO | ) | ORDER OF DISMISSAL |
| | ) | <u>AS TO COUNT TWO ONLY</u> |

Leave of Court is hereby granted for the dismissal of Count Two only of the Bill of Indictment in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

Signed: April 4, 2006

Graham C. Mullen
United States District Judge